**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puppies 'N Love, et al., | No. CV-14-00073-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Phoenix, | |
| Defendant. | |

The Humane Society of the United States ("HSUS") has filed a motion to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure. Doc. 21. The motion is fully briefed and no party has requested oral argument. The Court will grant the motion under Rule 24(b).

A court may grant permissive intervention "where the applicant for intervention shows (1) independent grounds for jurisdiction; (2) the motion is timely; and (3) the applicant's claim or defense, and the main action, have a question of law or question of fact in common." *United States v. City of Los Angeles*, 288 F.3d 391, 403 (9th Cir. 2002). Permissive intervention is a matter within the sound discretion of the district court. *See Kootenai Tribe of Idaho v. Veneman,* 313 F.3d 1094, 1110-11 (9th Cir. 2002).

HSUS has satisfied each requirement for permissive intervention. Although the Court is sensitive to Plaintiff's concern that permitting HSUS to intervene will create a "two-on-one" dynamic in this litigation (Doc. 29 at 14), the Court concludes that HSUS' particular interest and specialized knowledge will aid the Court's analysis.

**IT IS ORDERED** that the Humane Society of the United States' motion to intervene (Doc. 21) is **granted**.

Dated this 26th day of March, 2014.

*[Signature]*
David G. Campbell
United States District Judge